# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENERATION 2000, LLC, d/b/a<br>WENDOVER NUGGET CASINO,<br><br>            Plaintiff,<br><br>vs.<br><br>CHERISH BOWEN,<br><br>            Defendant. | Case No. 2:12-cv-01408-JCM-GWF<br><br>**ORDER**<br><br>Motion to Extend Discovery<br>Deadlines (#12) |

This matter comes before the Court on Plaintiff's Motion to Extend Discovery Deadlines (#12), filed on April 10, 2013. The Court ordered Defendant to file any opposition to the Motion (#12) by April 18, 2013. *See April 11, 2013 Minute Order, Doc. #13*. Plaintiff argues the complexity and volume of the alleged financial transactions at issue in this case warrant a 60-day extension of the remaining discovery deadlines. The Court finds Plaintiff establishes good cause for an extension. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Discovery Deadlines (#12) is **granted**.

**IT IS FURTHER ORDERED** that the following discovery deadlines shall apply in this case:

    (1)    Last day to complete discovery: **July 1, 2013**;

    (2)    Last day to file dispositive motions: **July 31, 2013**;

...

...

(3) Last day to file joint pretrial order: **August 30, 2013**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions.

DATED this 23rd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge