# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENERATION 2000, LLC, dba WENDOVER NUGGET CASINO,<br><br>Plaintiff(s),<br><br>v.<br><br>CHERISH BOWEN,<br><br>Defendant(s). | 2:12-CV-1408 JCM (GWF) |

**ORDER**

Presently before the court are plaintiff Generation 2000, LLC's motions for sanctions and default judgment. (Docs. # 24 & 25). To date, defendant Cherish Bowen has failed to file any opposition to these motions.

Federal Rule of Civil Procedure 37(b)(2)(A) provides that a court may strike a party's pleadings in whole or in part and enter default judgment against the party who has failed to comply with an order to provide or permit discovery.

To date, defendant's entire involvement in this case has consisted of a single one-page letter setting forth a general denial of the claims against her. (Doc. # 6). The court ordered a significant discovery period in which defendant failed to comply with all of plaintiff's discovery requests. Defendant has failed to provide initial disclosures, and it appears that her phone number has been disconnected. Defendant has not provided a phone number at which the court or plaintiff can contact her. On January 3, 2014, defendant failed to appear at a telephonic status conference. Similarly,

**James C. Mahan**
**U.S. District Judge**

1  defendant failed to appear at a settlement conference on January 6, 2014.

2  Having failed to comply with all of plaintiff's discovery requests and due to her repeated
3  failures to appear at scheduled hearings, this court finds it appropriate to enter default against
4  defendant Bowen pursuant to Fed. R. Civ. P. 37(b)(2)(A).

5  Accordingly,

6  IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motions for
7  sanctions and default judgment (docs. # 24 & 25) are hereby GRANTED.

8  DATED February 5, 2014.

10  _____
    UNITED STATES DISTRICT JUDGE