AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Generation 2000, LLC,

Plaintiff,

V.

Cherish Bowen,

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01408-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Generation 2000, LLC d/b/a Wendover Nugget Casino and against Defendant Cherish Bowen.

February 5, 2014                          /s/ Lance S. Wilson
Date                                      Clerk

                                          /s/ Ari Caytuero
                                          (By) Deputy Clerk